IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONNA ALLISON, Individually and as a representative of a class of similarly situated persons, on behalf of the L BRANDS, INC. 401 (K) SAVINGS AND RETIREMENT PLAN, <br><br> Plaintiff, <br><br> v. <br><br> L BRANDS, INC., *et al.*, <br><br> Defendants. | CASE NO. 2:20-cv-06018-EAS-CMV |

**JOINT STATUS REPORT**

Pursuant to the Court's March 28, 2022 Order (ECF No. 55), Plaintiff Donna Allison and Defendants L Brands, Inc., L Brands Service Company, LLC, and the Retirement Plan Committee of the L Brands, Inc. 401(k) Savings and Retirement Plan (collectively, the "Parties") submit this Joint Status Report, stating as follows:

1.  On November 23, 2020, Plaintiff Donna Allison commenced an action in this Court against Defendants under the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001-1461, alleging that Defendants breached their fiduciary duties in administering the L Brands, Inc. 401(k) Savings and Retirement Plan.  ECF No. 1.

2.  On February 4, 2022, the Parties jointly moved to stay proceedings pending mediation, and on February 8, 2022, the Court granted the Parties' motion and ordered that the parties submit a status report on or before April 19, 2022.  ECF Nos. 52, 53.

3.  On March 25, 2022, the Parties requested that the stay be extended, as the mediation had been rescheduled due to an unforeseen scheduling conflict.  ECF No. 53.  The

Court extended the stay and ordered the Parties to submit a status report by May 10, 2022. ECF No. 55.

4. On May 3, 2022, the Parties mediated before private mediator David Geronemus of JAMS and reached a settlement in principle to resolve this matter.

5. The Parties will continue to negotiate the terms of the class action settlement agreement over the next several weeks, and Plaintiff intends to file a motion for preliminary approval of the class action settlement on or before July 11, 2022.

6. Accordingly, the Parties request that the Court continue the stay in this matter until the filing of Plaintiff's motion for preliminary approval of the settlement.

Dated: May 10, 2022

Respectfully submitted,

*/s/Alec J. Berin* (with consent)
Alec J. Berin (*pro hac vice*)
James C. Shah (*pro hac vice*)
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19130
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
        ajberin@millershah.com

James E. Miller (*pro hac vice*)
Laurie Rubinow (*pro hac vice*)
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
        lrubinow@millershah.com
Ronald S. Kravitz (*pro hac vice*)
Kolin C. Tang (*pro hac vice*)
MILLER SHAH LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111

*/s/Abbey M. Glenn*
Abbey M. Glenn (*pro hac vice*) (DC Bar No. 1007654)
1111 Pennsylvania Avenue NW
Washington, DC 20001
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
abbey.glenn@morganlewis.com

Jeremy P. Blumenfeld (Ohio Bar No. 68858)
Brian T. Ortelere (*pro hac vice*) (PA Bar No. 46464)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jeremy.blumenfeld@morganlewis.com
brian.ortelere@morganlewis.com

*Attorneys for Defendants*

Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com
   kctang@millershah.com

Jeffrey S. Goldenberg (0063771)
Todd. B. Naylor (0068388)
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
Email: jgoldenberg@gs-legal.com
   tnaylor@gs-legal.com

*Attorneys for Plaintiff, the Plan,
and the Proposed Settlement Class*

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to attorneys of record.

/s/ Abbey M. Glenn
Abbey M. Glenn
**Counsel for Defendants**