IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONNA ALLISON, Individually and as a representative of a class of similarly situated persons, on behalf of the L BRANDS, INC. 401(K) SAVINGS AND RETIREMENT PLAN,<br><br>      Plaintiff,<br>v.<br><br>L BRANDS, INC., L BRANDS SERVICE COMPANY, LLC, THE RETIREMENT PLAN COMMITTEE OF THE L BRANDS, INC. 401(K) SAVINGS AND RETIREMENT PLAN, and DOES No. 1–10, Whose Names Are Currently Unknown,<br><br>      Defendants. | Civil Action No: 2:20-cv-06018-EAS-CMV<br><br><br><br><br><br><br><br><br><br><br><br>August 11, 2022 |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

      Plaintiff, Donna Allison, on behalf of the proposed Settlement Class and the L Brands, Inc. 401(k) Savings and Retirement Plan (the "Plan"), hereby moves (the "Motion") pursuant to Federal Rule of Civil Procedure 23 and Local Civil Rule 7.1[1] for entry of an Order that: (1) preliminarily approves the Settlement Agreement dated August 11, 2022 with Defendants, L Brands, Inc., L Brands Service Company LLC, and the Retirement Plan Committee of the L Brands, Inc. 401(k) Savings and Retirement Plan;[2] (2) preliminarily certifies the proposed Settlement Class; (3) approves the proposed notice plan ("Notice Plan") in the Settlement

---

[1] Plaintiff has conferred with Defendants, and Defendants do not oppose the Motion.

[2] The Settlement Agreement and its exhibits are attached to the accompanying Declaration of Alec Berin. Terms not defined herein shall have the same meaning as in the Settlement Agreement.

Agreement and proposed Preliminary Approval Order; and (4) sets a final approval hearing on a date convenient for the Court at least one hundred twenty (120) calendar days after the entry of a preliminary approval order.   A proposed Preliminary Approval Order is attached as Exhibit D to the Settlement Agreement.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiff respectfully submits that the proposed settlement memorialized in the Settlement Agreement (the "Settlement") is fair, reasonable, and adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiff respectfully requests that the Court enter the proposed Preliminary Approval Order and, if the Court deems necessary, schedule a preliminary approval hearing at its earliest convenience.

Plaintiff stands ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

DATED: August 11, 2022                                  Respectfully submitted,

                                                        */s/ Jeffrey S. Goldenberg*
                                                        Jeffrey S. Goldenberg (0063771)
                                                        Todd B. Naylor (0068388)
                                                        GOLDENBERG SCHNEIDER, LPA
                                                        4445 Lake Forest Drive, Suite 490
                                                        Cincinnati, OH 45242
                                                        Telephone: (513) 345-8291
                                                        Facsimile: (513) 345-8294
                                                        Email: jgoldenberg@gs-legal.com
                                                                    tnaylor@gs-legal.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
lrubinow@millershah.com

Ronald S. Kravitz
Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com
kctang@millershah.com

*Attorneys for Plaintiff, the Plan and the Proposed Settlement Class*

3

## CERTIFICATE OF COMPLIANCE WITH WORD COUNT

I certify that this Memorandum complies with the page and type requirements under Local Rule 7.2(a)(3) because it is less than 20 pages double-spaced.

*/s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, I electronically filed the foregoing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with the Clerk of Court, and upon the counsel of record using the CM/ECF system.

*/s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg