IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONNA ALLISON, Individually and as a representative of a class of similarly situated persons, on behalf of the L BRANDS, INC. 401(K) SAVINGS AND RETIREMENT PLAN, <br><br> Plaintiff, <br> v. <br><br> L BRANDS, INC., L BRANDS SERVICE COMPANY, LLC, THE RETIREMENT PLAN COMMITTEE OF THE L BRANDS, INC. 401(K) SAVINGS AND RETIREMENT PLAN; and DOES No. 1–10, Whose Names Are Currently Unknown, <br><br> Defendants. | Civil Action <br> No: 2:20-cv-06018-EAS-CMV <br><br><br><br><br><br><br><br><br><br><br><br><br><br> December 9, 2022 |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, Donna Allison, on behalf of the proposed Settlement Class[1] and the L Brands, Inc. 401(k) Savings and Retirement Plan (the "Plan"), hereby moves (the "Motion"), pursuant to Federal Rule of Civil Procedure 23, for entry of an Order that: (1) finally approves the Settlement Agreement dated August 11, 2022 with Defendants, and (2) certifies the proposed Settlement Class. A proposed Final Approval Order was attached as Exhibit F to the Settlement Agreement filed on the docket on August 11, 2022 at ECF 60-3, page 82 of 91.[2]

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Settlement Agreement and Release dated August 11, 2022 and filed on that date (ECF No. 60-3).

[2] If helpful to the Court, Plaintiff would be happy to provide a Word version of the proposed Final Approval Order.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiff respectfully submits that the proposed settlement memorialized in the Settlement Agreement (the "Settlement") is fair, reasonable and adequate, and should be finally approved, and the Settlement Class maintained.

The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiff respectfully requests that the Court enter the proposed Final Approval Order.

Plaintiff stands ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

Dated: December 9, 2022

Respectfully submitted,

*/s/ James C. Shah*
James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
lrubinow@millershah.com

Ronald S. Kravitz
MILLER SHAH LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com

Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Jeffrey S. Goldenberg (0063771)
Todd B. Naylor (0068388)
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
Email: jgoldenberg@gs-legal.com
       tnaylor@gs-legal.com

*Attorneys for Plaintiff, the Plan and the Proposed Settlement Class*