# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

DONNA ALLISON,                                          :        Civil Action No.
Individually and as a representative of a class          :        3:20-CV-06018-EAS-CMV
of similarly situated persons, on behalf of the          :
L BRANDS, INC. 401(K) SAVINGS                            :
AND RETIREMENT PLAN,                                     :
                                                         :
        Plaintiffs,                      :
                                                         :
        v.                               :
                                                         :
L BRANDS, INC., L BRANDS SERVICE                         :
COMPANY, LLC, THE RETIREMENT PLAN                        :
COMMITTEE OF THE L BRANDS, INC.                          :
401(K) SAVINGS AND RETIREMENT PLAN,                      :
and DOES NO. 1-10, Whose Names Are                       :
Currently Unknown,                                       :
                                                         :
        Defendants.                      :
_____                  :

## DECLARATION OF CORNELIA VIEIRA CONCERNING THE MAILING OF
## THE SETTLEMENT NOTICE AND FORMER PARTICIPANT CLAIM FORM,
## AND MAILING OF CAFA NOTICE

    I, Cornelia Vieira, declare:

    1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally

recognized class action administration firm. I have over five years of experience specializing in

the administration of class action cases. SCS was established in April 1999 and has administered

over five hundred (500) class action cases since its inception. I am over 21 years of age and am

not a party to this Litigation. I have personal knowledge of the facts set forth herein.

1

2.    I respectfully submit this declaration in order to provide the Court and the parties to the Litigation with information regarding the mailing of the notice to inform Class Members[1] of the Settlement.

3.    SCS was approved by the Court as Settlement Administrator in the above-captioned litigation following the Court's Order Granting Preliminary Approval of Proposed Class Action Settlement, entered on September 20, 2022 (the "Court's Order"). Our services include: (i) organizing the printing and mailing of notice to 67,463 Class Members; (ii) emailing notice to those Class Members for whom valid email addresses were provided; (iii) establishing and maintaining the settlement website, www.strategicclaims.net/lbrands401k/; (iv) issuing the Summary Notice as a national press release via PRNewswire; (v) setting up and updating a database listing the names and addresses of Class Members and updating addresses as needed; (vi) re-mailing notices returned with forwarding addresses; (vii) recording all returned notices as undeliverable with no forwarding addresses and skip tracing them through Experian to obtain new addresses, and remailing those notices where updated addresses are obtained; (viii) e-mailing or mailing reminder post cards to Former Participants, Beneficiaries and Alternate Payees; (ix) tracking objections; (x) entering and processing filed Former Participant Claim Forms; (xi) responding to phone call inquiries received on the toll-free line; and (xii) handling all correspondence related to the above procedures.

4.    On October 13, 2022, SCS received class data from Defense Counsel. The class data included 67,463 entries that were identified as Class Members with a positive balance in the Plan at some point during the Class Period. The class data was run through the United States Postal Service national change of address service to obtain new address information prior to the

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Settlement Agreement and Release, dated as of August 11, 2022 (the "Settlement Agreement").

2

mailing.  Out of the 67,463 Class Members, 44,582[2] Class Members were identified as non-active

in the class data and were mailed the Court-approved Notice of Pendency of Class Action and

Proposed Settlement ("Notice") along with a Former Participant Claim Form.  The remaining

22,881 Class Members received a Notice only as they are currently active participants.  Pursuant

to the Court's Order, the mailings for the 67,463 Class Members were completed on November 4,

2022.  Please see **Exhibit A** for a copy of the Notice and Former Participant Claim Form and

**Exhibit B** for a copy of the Notice.

     5.     Additionally, on November 4, 2022, SCS completed the emailing of copies of the

Notice to 37,136 Class Members for whom email addresses had been provided.  Prior to emailing,

SCS removed duplicate email addresses from the mailing list and verified which of the remaining

email addresses were active.  Please see **Exhibit C** for a copy of the email sent.

     6.     Pursuant to the Court's Order, SCS established the website for the Settlement,

www.strategicclaims.net/lbrands401k/, on October 31, 2022.  The website is accessible 24 hours

a day, 7 days a week.  The website contains the current status of the case; the important dates; and

downloadable copies of the following documents: (i) Former Participant Claim Form;  (ii) Notice;

(iii) the Court's Order; (iv) the Plaintiff's Unopposed Motion for Preliminary Approval of Class

Action Settlement; (v) the Settlement Agreement and Exhibits; and (vi) the Class Action

Complaint.

     7.     On November 4, 2022, SCS made available a toll-free phone number (866-274-

4004), which was included in the Notice, to which Class Members can direct questions about the

Settlement. SCS has promptly responded to each telephone inquiry and will continue to address

Class Members inquiries.

---

[2] Since the initial notice mailing, SCS has re-mailed a Notice and Former Participant Claim Form as requested by 12
individuals to their updated addresses.

8.      On November 4, 2022, SCS issued the Summary Notice of Proposed Settlement of Class Action and Settlement Fairness Hearing ("Summary Notice") as a national press release via PRNewswire as per the Court's Order. Please see **Exhibit D** showing confirmation of publication.

9.      Out of the 44,582 Notice and Former Participant Claim Forms mailed, 3,371 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 89, and SCS immediately mailed another Notice and Former Participant Claim Form to the updated addresses. The remaining 3,282 Notice and Former Participant Claim Forms returned as undeliverable were "skip-traced" to obtain updated addresses and 2,813 were re-mailed to updated addresses.

10.      Out of the 22,881 Notices mailed for the active accounts, 1,254 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 16, and SCS immediately mailed another Notice to the updated addresses. The remaining 1,238 Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 1,049 were re-mailed to updated addresses.

11.      The notice procedures described in paragraphs three (3) through ten (10) above are consistent with the notice procedures I have used in class action cases with which I have been involved over the past five years.

12.      To date, SCS has not received any objections to the fairness, reasonableness or adequacy of the Settlement, to any term of the Settlement Agreement, to the Plan of Allocation, or to proposed payment of costs for administering the Settlement, attorneys' fees and costs, or Class Representatives' Case Contribution Awards. The deadline by which objections must be postmarked is December 23, 2022.

13.     The 22,881 Class Members who are active will automatically receive the benefit of the Settlement. To date, SCS has received 2,404 Former Participant Claim Forms. The deadline for submitting the Former Participant Claim Form is January 9, 2023.

14.     At the request of Defendants' Counsel, and separate from our engagement as Claims Administrator, on August 19, 2022, SCS mailed a notice of proposed class action settlement, pursuant to Section 1715 of the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453, and 1711-1715 ("CAFA"), to the appropriate federal and state officials, by certified return receipt through the United States Postal Service.  The mailing consisted of: (i) a letter regarding the Settlement approved by Defendants' Counsel describing the mailing (the "CAFA Letter"), and (ii) a CD-ROM containing copies of the documents referenced in the CAFA Letter.  Attached as **Exhibit E** is a copy of the CAFA Letter that SCS mailed.

15.     SCS provided a full accounting of expenditures made in connection with the Settlement, and it provided any and all information that was requested by the Parties or their counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of December 2022, in Media, Pennsylvania.

Cornelia Vieira

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DONNA ALLISON, | : | Civil Action No. |
| Individually and as a representative of a class | : | 2:20-CV-06018-EAS-CMV |
| of similarly situated persons, on behalf of the | : | |
| L BRANDS, INC. 401(K) SAVINGS | : | |
| AND RETIREMENT PLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| L BRANDS, INC., L BRANDS SERVICE | : | |
| COMPANY, LLC, THE RETIREMENT PLAN | : | |
| COMMITTEE OF THE L BRANDS, INC. | : | |
| 401(K) SAVINGS AND RETIREMENT PLAN, | : | |
| and DOES NO. 1-10, Whose Names Are | : | |
| Currently Unknown, | : | |
| | : | |
| Defendants. | : | |

---

**NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT**

*IF YOU WERE A PARTICIPANT IN THE L BRANDS, INC. 401(K) SAVINGS AND
RETIREMENT PLAN BETWEEN NOVEMBER 23, 2014 AND SEPTEMBER 20, 2022,
YOU COULD RECEIVE A PAYMENT AND YOUR LEGAL RIGHTS WILL BE
AFFECTED BY THIS CLASS ACTION SETTLEMENT.*

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

This Notice advises you of the settlement ("Settlement") of a lawsuit against L Brands, Inc., L
Brands Service Company, LLC, and the Retirement Plan Committee of the L Brands, Inc.
401(k) Savings and Retirement Plan (collectively, "Defendants"). In the lawsuit, Plaintiff,
Donna Allison ("Plaintiff," and with Defendants, the "Parties"), alleges that Defendants violated
the Employee Retirement Income Security Act of 1974 ("ERISA") in the administration of the
L Brands, Inc. 401(k) Savings and Retirement Plan (the "Plan"). Defendants deny the
allegations and deny that they engaged in any improper conduct. YOU SHOULD READ THIS
ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS WILL BE
AFFECTED, WHETHER YOU ACT OR NOT.

Your rights and options, and the deadline for you to object if you are opposed to the Settlement,
are explained in this Notice.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**

1. Why did I get this Notice?................................................................................................1

2. What is this lawsuit about?............................................................................................1

3. What is a class action lawsuit? ....................................................................................1

4. Why is there a settlement?............................................................................................1

5. How do I get more information about the Settlement?...................................................1

6. Who will administer the Settlement?............................................................................2

**THE SETTLEMENT BENEFITS – WHAT DOES THE SETTLEMENT PROVIDE**

7. What does the Settlement provide? ..............................................................................2

8. How may I benefit from the Settlement?......................................................................2

9. How do I submit a claim for a Settlement Payment? ...................................................2

10. What is the Plaintiff receiving from the Settlement? ...................................................3

**THE SETTLEMENT BENEFITS – WHAT YOU GIVE UP**

11. What do I give up by participating in the Settlement?..................................................3

12. Do I have a lawyer in this case? ..................................................................................3

**THE LAWYERS REPRESENTING YOU**

13. How will the lawyers (Class Counsel) be paid?...........................................................3

**OPTING OUT OF THE SETTLEMENT**

14. Can I exclude myself from the Settlement Class? ........................................................3

**OBJECTING TO THE SETTLEMENT**

15. What does it mean to object?........................................................................................3

16. What is the procedure for objecting to the Settlement, including any objection to Class Counsel's Motion for Attorneys' Fees and Expenses or Case Contribution Award?...........................3

**THE COURT'S FAIRNESS HEARING**

17. When/where will the Court decide whether to approve the Settlement?.................................5

18. Do I have to attend the Fairness Hearing?...................................................................5

19. May I speak at the Fairness Hearing?..........................................................................5

**IF YOU DO NOTHING**

20. What happens if I do nothing at all?............................................................................5

i

# BASIC INFORMATION

### 1.      Why did I get this Notice?

Records indicate that you are or may be a Participant, Former Participant, Beneficiary or Alternate Payee of a Participant or Former Participant, of the Plan at any time on or after November 23, 2014, through and including September 20, 2022 (the "Class Period").[1]

You are receiving this Notice because you have a right to know about the proposed settlement of a class action lawsuit in which you are potentially a Class Member before the Court decides whether to approve the Settlement.

This Notice summarizes the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible to receive them, and how to get them.

The lawsuit is pending in the United States District Court for the Southern District of Ohio (the "Court").  It is known as *Allison v. L Brands, Inc., et al.*, Case No. 2:20-cv-06018-EAS-CMV (S.D. Ohio).

### 2.      What is this lawsuit about?

On November 23, 2020, Plaintiff filed an action against Defendants, alleging that their administration of the Plan violated ERISA.  Since the filing of the action, the parties engaged in litigation, including ongoing investigation into the claims and other developments, exchange of meaningful document productions, and briefing a motion to dismiss, as well as certain related motions.  In May 2022, the Parties mediated the action with a neutral mediator and were ultimately able to reach the terms of the Settlement explained in this Notice. Defendants have denied and continue to deny any wrongdoing or liability, and they will continue to vigorously defend against the lawsuit if the proposed Settlement is not approved.  Nothing in the Settlement is an admission or concession on the Defendants' part of any fault or liability whatsoever.  They have entered into the Settlement to avoid the uncertainty, expense, and burden of additional litigation.

### 3.      What is a class action lawsuit?

In a class action lawsuit, one or more people called "class representatives" sue on their own behalf and on behalf of other people who they allege have similar claims.  One court resolves all the issues for all class members in a single lawsuit.  Plaintiff is the proposed class representative in this lawsuit and is sometimes referred to in this Notice as the "Class Representative" or as "Plaintiff."

### 4.      Why is there a settlement?

The Parties agreed to the Settlement after extensive negotiations.  By agreeing to a settlement, the Parties avoid the costs and risks of further litigation, and Plaintiff and the other members of the Class will receive compensation. Class Counsel have conducted an extensive review of the evidence in the case and the potential risks and benefits of continued litigation. Plaintiff and Class Counsel agree that the Settlement is in the best interest of the Settlement Class.  The Court has not found that Defendants have done anything wrong or violated any law or regulation.

### 5.      How do I get more information about the Settlement?

This notice summarizes the proposed settlement.  For the precise terms and conditions of the Settlement, please see the Agreement, which is available at strategicclaims.net/lbrands401k/, by contacting Class Counsel (see answer to question 12 for contact information) or the Settlement Administrator (see answer to question 6 for contact information), or by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.ohsd.uscourts.gov/.

---

[1] Capitalized terms not otherwise defined in this Notice shall have the same meaning as in the Agreement, which is available at strategicclaims.net/lbrands401k/.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

**6.    Who will administer the Settlement?**

The Settlement Administrator, Strategic Claims Services, will administer the Settlement, including the processing of the Former Participant Claim Form, if applicable, that you may need to fill out and send in to receive any settlement payment.  You may contact the Settlement Administrator by: (a) sending a letter to L Brands, Inc. 401k Settlement Administrator, c/o Strategic Claims Services, 600 N Jackson St, Suite 205, Media, PA 19063; (b) sending an e-mail to info@strategicclaims.net; (c) visiting the Settlement website at strategicclaims.net/lbrands401k/; or (d) calling toll-free at 866-274-4004.

**THE SETTLEMENT BENEFITS – WHAT DOES THE SETTLEMENT PROVIDE?**

**7.    What does the Settlement provide?**

Defendants have agreed to pay a total of $2,750,000 to the Class Members ("Settlement Fund"). Class Counsel intends to ask the Court to approve up to 33 1/3% of that amount for attorneys' fees, an amount no greater than $50,000 to reimburse litigation expenses actually incurred, as well as an $8,750 Case Contribution Award to be paid to the Class Representative.  The amount that will be available for distribution to Class Members ("Net Settlement Amount") will be the Settlement Fund *minus* the amounts used for other approved settlement purposes (Case Contribution Award, Court-approved Attorneys' Fees and Expenses to Class Counsel, Administration Expenses, and certain taxes and tax-related costs).

**8.    How may I benefit from the Settlement?**

You may be entitled to payment of a portion of the Net Settlement Amount.  The amount paid to each Participant, Former Participant, Beneficiary or Alternate Payee will be determined by a Plan of Allocation.  As explained below, if you are a Participant, or Beneficiary or Alternate Payee of a Participant, and you have an Active Account in the Plan (*i.e.*, a balance greater than $0), you do not need to take any action in order to receive payment under the Settlement.  If you are a Former Participant, or a Beneficiary or Alternate Payee of a Former Participant and you no longer have an Active Account in the Plan, you will need to submit a Former Participant Claim Form by the submission deadline in order to receive payment under the Settlement.  Payments made to Participants, or to Beneficiaries or Alternate Payees of a Participant, who have Active Accounts in the Plan under the Settlement shall be made into these persons' individual investment accounts in the Plan.

Payments made to Former Participants, or to Beneficiaries or Alternate Payees of Former Participants, who do not have Active Accounts in the Plan under the Settlement may be made either by check or tax-qualified rollover to an individual retirement account or other eligible employer plan.

**9.    How do I submit a claim for a Settlement Payment?**

If you are a Participant, or a Beneficiary or Alternate Payee of a Participant, and you currently have an Active Account in the Plan, you do not need to submit a claim to be eligible for a payment under the Settlement.  You will receive any payment for which you are eligible automatically in your Plan account.  If you are a Former Participant, or a Beneficiary or an Alternate Payee of a Former Participant, and you do not have an Active Account in the Plan, you must submit a Former Participant Claim Form by the submission deadline in order to be eligible for a payment under the Settlement.  "Former Participant" means a member of the Settlement Class who does not have an Active Account as of September 20, 2022.

**If you are a Former Participant, or a Beneficiary or Alternate Payee of a Former Participant, and you do not have an Active Account in the Plan and want to receive any monetary benefits from the Settlement, you must submit the Former Participant Claim Form by no later than January 9, 2023**.  You must mail the Former Participant Claim Form to the address shown on the Form.

A Former Participant Claim Form will be deemed submitted when it is actually received by the Settlement Administrator at the address listed in the Form.

**Even if you do not submit a Former Participant Claim Form and do not receive a Settlement payment, you will be bound by the Settlement.  (See answer to question 14 below.)**

**10.   What is the Plaintiff receiving from the Settlement?**

Class Counsel intends to ask the Court to award the Class Representative a Case Contribution Award of $8,750 in recognition of the work and effort she expended on behalf of the Class.

## THE SETTLEMENT BENEFITS – WHAT YOU GIVE UP

**11.   What do I give up by participating in the Settlement?**

Each Member of the Settlement Class gives Defendants a "release."  A release means you give up your rights to sue Defendants or receive any benefits from any other lawsuit against Defendants if the lawsuit asserts similar claims or relates in any way to the practices or decisions at issue in this lawsuit.

For additional details about the scope of the release, consult the Settlement Agreement or contact Class Counsel. (See answer to question 5 for details.)

## THE LAWYERS REPRESENTING YOU

**12.   Do I have a lawyer in this case?**

Yes.  The Court has appointed the law firm of Miller Shah LLP as Class Counsel.  You will not be charged for the work of these lawyers.  If you want to be represented by a different lawyer in this case, you may hire one at your own expense.

**13.   How will the lawyers (Class Counsel) be paid?**

Class Counsel will ask the Court for an award of attorneys' fees and expenses of up to 33 1/3% of the Settlement Amount based upon the value of the Settlement, the time they have devoted to this engagement, and the expenses they have advanced in prosecuting this matter.

## OPTING OUT OF THE SETTLEMENT

**14.   Can I exclude myself from the Settlement Class?**

No.  The Settlement Class has been certified under Federal Rule of Civil Procedure 23(b)(1). Therefore, as a Class Member, you are bound by any judgments or orders that are entered in the lawsuit for all claims that were asserted in the lawsuit or are otherwise included as Released Claims as defined in the Settlement Agreement. If you wish to object to any part of the Settlement, you may write to the Court and counsel about why you object to the Settlement.

## OBJECTING TO THE SETTLEMENT

**15.   What does it mean to object?**

Objecting is simply telling the Court that you do not like something about the Settlement. Objecting will not have any bearing on your right to receive the benefits of the Settlement if it is approved by the Court.

**16.   What is the procedure for objecting to the Settlement, including any objection to Class Counsel's Motion for Attorneys' Fees and Expenses or Case Contribution Award?**

You can ask the Court to deny approval of the Settlement and/or the Motion for Attorneys' Fees and Expenses of Class Counsel or the Case Contribution Award to be requested for the Class Representative by filing an

objection. You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object. The Court, however, can award less than the amount requested by Class Counsel for attorneys' fees and expenses or the amount requested for the Case Contribution Award. If the Court does so, because of an objection or in its own discretion, although that ruling could affect the timing and amount of settlement payments, any such reduction in Class Counsel's attorneys' fees and expenses or the Case Contribution Award to be paid to the Class Representative would not otherwise affect the finality of the Settlement.

Any objection to the proposed Settlement or Motion for Attorneys' Fees and Expenses or Case Contribution Award must be made in writing in accordance with the requirements in the Preliminary Approval Order. If you file a timely written objection, you may, but are not required to, appear at the Fairness Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must: (a) clearly identify the case name and case number *Allison v. L Brands, Inc., et al.*, Case No. 2:20-cv-06018-EAS-CMV (S.D. Ohio); (b) be submitted to the Court either by mailing them to the Clerk of the Court for the United States District Court for the Southern District of Ohio, United States Courthouse, 85 Marconi Boulevard, Room 121, Columbus, OH 43215, or by filing them in person at any location of the United States District Court for the Southern District of Ohio; and (c) be filed or postmarked on or before December 23, 2022.

Your objection must also include: (1) your full name, current address, and current telephone number, and, if represented by counsel, any of your counsel's names and contact information; (2) a written statement of your objection(s), specifying the reason(s) for each such objection, including any supporting evidence, and whether the objection applies only to you, to a specific subset of the Settlement Class, or to the entire Settlement Class; (3) copies of any papers, brief, or other documents upon which the objection is based; (4) a list of all persons who will be called to testify in support of the objection; (5) a list of any other objections to any class action settlements you or anyone acting on your behalf has submitted in any court, whether state, federal, or otherwise, in the United States in the previous five (5) years; and (6) your signature, even if you are represented by counsel. Copies of the objection(s) and supporting materials must also be provided to Class Counsel and Defense Counsel at the addresses below no later than December 23, 2022.

| **Clerk of the Court** | **Class Counsel** | **Defense Counsel** |
|---|---|---|
| U.S. District Court for the Southern District of Ohio Clerk of Court United States Courthouse 85 Marconi Boulevard, Room 121, Columbus, OH 43215 | Laurie Rubinow Alec J. Berin MILLER SHAH LLP 65 Main Street Chester, CT 06412 Tel.: (866) 540-5505 lrubinow@millershah.com ajberin@millershah.com | Abbey M. Glenn MORGAN, LEWIS & BOCKIUS LLP 1111 Pennsylvania Avenue, NW Washington, DC 20004-2541 Tel.: (202) 739-3000 abbey.glenn@morganlewis.com |

Any party may file a response to an objection by a Class Member at least seven (7) calendar days before the Fairness Hearing.

**ANY CLASS MEMBER WHO DOES NOT OBJECT IN THE MANNER DESCRIBED ABOVE SHALL BE DEEMED TO HAVE WAIVED ANY OBJECTION AND SHALL NOT HAVE ANY RIGHT TO OBJECT TO THE FAIRNESS OR ADEQUACY OF THE SETTLEMENT.**

## THE COURT'S FAIRNESS HEARING

**17.    When/where will the Court decide whether to approve the Settlement?**

On January 25, 2023, at 9:30 a.m., in the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Room 301, Columbus, OH 43215, the Court will hold a Fairness Hearing to determine whether the proposed Settlement is fair, reasonable, and adequate and whether it should be approved. The hearing may be continued from time to time by the Court without further notice, and may be held via teleconference or videoconference. Please check the website or contact Class Counsel if you wish to confirm that the hearing time has not been changed and to determine if the hearing is occurring in person or by video or teleconference.

**18.    Do I have to attend the Fairness Hearing?**

No. However, you are welcome to attend at your own expense. If you file an objection to the Settlement, you do not have to go to Court to talk about it. As long as your objection is filed or postmarked by December 23, 2022, and you comply with the requirements in the answer to question 16 above, the Court will consider it. You may also send your own lawyer at your expense to attend the Fairness Hearing.

**19.    May I speak at the Fairness Hearing?**

You may ask the Court for permission to speak at the hearing. Anyone wishing to appear must state in their written objection their intention to appear at the Fairness Hearing, at their own expense.

Objectors or their attorneys intending to participate at the Fairness Hearing must file a notice of intention to participate (and, if applicable, the name, address, and telephone number of the objector's attorney) with the Court no later than January 10, 2023. Any objectors, or their counsel, who do not timely file a notice of intention to participate in accordance with this paragraph shall not be permitted to speak at the Fairness Hearing, except for good cause shown.

## IF YOU DO NOTHING

**20.    What happens if I do nothing at all?**

IF YOU DO NOTHING, YOU AND ALL OTHER SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE JUDGMENT AND SETTLEMENT AGREEMENT, INCLUDING THE RELEASE OF CLAIMS. If you are a Participant, or a Beneficiary or Alternate Payee of a Participant, and you have an Active Account in the Plan, you do not need to take any action to be eligible to receive the Settlement payment. If you are a Former Participant, or a Beneficiary or Alternate Payee of a Former Participant, and you do not have an Active Account in the Plan, you must submit a Former Participant Claim Form by the submission deadline or you will not receive any of the settlement payments described above in answer to questions 7 and 8.

DATED: November 4, 2022

## THIS NOTICE HAS BEEN SENT TO YOU BY ORDER OF THE
## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

THIS PAGE WAS INTENTIONALLY LEFT BLANK.

**Former Participant Claim Form**

If you were a participant in a defined contribution 401(k) retirement plan known as the L Brands, Inc. 401(k) Savings and Retirement Plan (the "Plan") at any point on or after November 23, 2014 through September 20, 2022 (the "Class Period"), but you did not have an active Plan account with a positive balance as of September 20, 2022, or if you are a Beneficiary or Alternate Payee (in the case of a person subject to a Qualified Domestic Relations Order) of such a Participant, and would like to receive a payment from the *Allison v. L Brands, Inc.* Settlement, you must complete the form below and mail it to L Brands 401(k) Settlement Administrator, c/o Strategic Claims Services, 600 N Jackson Street, Suite 205, Media, PA 19063 to be received <u>NO LATER THAN JANUARY 9, 2023</u>.

"Former Participant" means a person who had an active account with a positive balance in the Plan during the Class Period but who did not have an account with the Plan with a balance greater than $0 as of September 20, 2022. "Beneficiary" or "Alternate Payee" means, for the purposes of this Former Participant Claim Form, a Beneficiary or Alternate Payee of a Former Participant.

**Participant Information**

| Name | | |
|---|---|---|
| Address | | |
| Address 2 | | |
| City | State | Zip |
| Participant's Social Security Number | Phone (Preferred) | Phone (Alternate) |
| Participant's Date of Birth | | |
| Email Address | | |

**Beneficiary or Alternate Payee Information** (ONLY PROVIDE IF THIS PERSON SHOULD RECEIVE PAYMENT INSTEAD OF THE PARTICIPANT)

| Your Name | | |
|---|---|---|
| Address | | |
| Address 2 | | |
| City | State | Zip |
| Your Social Security Number | Phone (Preferred) | Phone (Alternate) |
| Your Date of Birth | | |
| Email Address | | |

**Payment Election (choose only one)**

☐ I WANT A CHECK MADE PAYABLE TO ME AND MAILED TO ME. Choosing this option entails the Settlement Administrator withholding 20% or more of your total payment for tax withholdings. The Settlement Administrator will mail your check to the Name and Address listed above.

**OR**

☐ I WANT A CHECK MADE PAYABLE TO MY RETIREMENT ACCOUNT AS A ROLLOVER DISTRIBUTION. PLEASE MAKE THE CHECK PAYABLE TO:

| | |
|---|---|
| Account Name | |
| Account Number | |
| Contact or Trustee (if required) | |
| Address Line 1 | |
| Address Line 2 | |
| City, State, Zip | |

**NOTE: There is no promise or assurance that these funds are eligible for rollover or tax-preferred treatment. The decision to seek rollover treatment is yours alone. Any questions about taxation or rollover treatment must be directed to your tax advisor or accountant. No one associated with this case can provide you with assistance or advice of any kind in this regard or answer any tax questions.**

<u>**Required Certification Regarding Qualified Domestic Relations Order ("QDRO"):**</u> I hereby certify and represent under penalty of perjury that no portion of the payment to be received hereunder is subject to a QDRO, or, that a true, accurate, and current copy of any applicable QDRO is attached hereto along with name and address of any payee other than the Class Member. Payment will be made in accordance with any QDRO supplied.

**Signature (Required):**_____**Date:**_____

<u>**Deceased Class Members**</u>

Deceased Class Members are not eligible for rollover treatment. A Beneficiary of a deceased person who was a participant in the Plan at any time during the Class Period, including executors, heirs, assigns, estates, personal representatives, or successors-in-interest, must provide the following information with this Former Participant Claim Form to L Brands 401(k) Settlement Administrator, c/o Strategic Claims Services, 600 N Jackson Street, Suite 205, Media PA 19063:

- Evidence that such person is authorized to receive distribution of the deceased Class Member's settlement payment, and the name and, if applicable, the percentage entitlement of each person entitled to receive distribution;
- Social Security Number of each person entitled to receive payment;
- Current mailing address of each person entitled to receive payment; and
- Person(s) to whom check(s) should be made payable, and amount(s) of check(s).

THIS PAGE WAS INTENTIONALLY LEFT BLANK.

L Brands, Inc.401k Settlement Administrator
c/o Strategic Claims Services
600 North Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

Mail ID
Name
Address
City, State, Zip

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DONNA ALLISON, | : | Civil Action No. |
| Individually and as a representative of a class | : | 2:20-CV-06018-EAS-CMV |
| of similarly situated persons, on behalf of the | : | |
| L BRANDS, INC. 401(K) SAVINGS | : | |
| AND RETIREMENT PLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| L BRANDS, INC., L BRANDS SERVICE | : | |
| COMPANY, LLC, THE RETIREMENT PLAN | : | |
| COMMITTEE OF THE L BRANDS, INC. | : | |
| 401(K) SAVINGS AND RETIREMENT PLAN, | : | |
| and DOES NO. 1-10, Whose Names Are | : | |
| Currently Unknown, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT**

*IF YOU WERE A PARTICIPANT IN THE L BRANDS, INC. 401(K) SAVINGS AND
RETIREMENT PLAN BETWEEN NOVEMBER 23, 2014 AND SEPTEMBER 20, 2022,
YOU COULD RECEIVE A PAYMENT AND YOUR LEGAL RIGHTS WILL BE
AFFECTED BY THIS CLASS ACTION SETTLEMENT.*

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

This Notice advises you of the settlement ("Settlement") of a lawsuit against L Brands, Inc., L
Brands Service Company, LLC, and the Retirement Plan Committee of the L Brands, Inc.
401(k) Savings and Retirement Plan (collectively, "Defendants"). In the lawsuit, Plaintiff,
Donna Allison ("Plaintiff," and with Defendants, the "Parties"), alleges that Defendants violated
the Employee Retirement Income Security Act of 1974 ("ERISA") in the administration of the
L Brands, Inc. 401(k) Savings and Retirement Plan (the "Plan"). Defendants deny the
allegations and deny that they engaged in any improper conduct. YOU SHOULD READ THIS
ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS WILL BE
AFFECTED, WHETHER YOU ACT OR NOT.

Your rights and options, and the deadline for you to object if you are opposed to the Settlement,
are explained in this Notice.

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**

1. Why did I get this Notice?........................................................................................1

2. What is this lawsuit about?.......................................................................................1

3. What is a class action lawsuit?.................................................................................1

4. Why is there a settlement?.......................................................................................1

5. How do I get more information about the Settlement?..............................................1

6. Who will administer the Settlement?.........................................................................2

**THE SETTLEMENT BENEFITS – WHAT DOES THE SETTLEMENT PROVIDE**

7. What does the Settlement provide? .........................................................................2

8. How may I benefit from the Settlement?..................................................................2

9. How do I submit a claim for a Settlement Payment? ..............................................2

10. What is the Plaintiff receiving from the Settlement? ...............................................3

**THE SETTLEMENT BENEFITS – WHAT YOU GIVE UP**

11. What do I give up by participating in the Settlement?.............................................3

12. Do I have a lawyer in this case? .............................................................................3

**THE LAWYERS REPRESENTING YOU**

13. How will the lawyers (Class Counsel) be paid?.......................................................3

**OPTING OUT OF THE SETTLEMENT**

14. Can I exclude myself from the Settlement Class? ...................................................3

**OBJECTING TO THE SETTLEMENT**

15. What does it mean to object?...................................................................................3

16. What is the procedure for objecting to the Settlement, including any objection to Class Counsel's Motion for Attorneys' Fees and Expenses or Case Contribution Award?..........................3

**THE COURT'S FAIRNESS HEARING**

17. When/where will the Court decide whether to approve the Settlement?.................5

18. Do I have to attend the Fairness Hearing?..............................................................5

19. May I speak at the Fairness Hearing?.....................................................................5

**IF YOU DO NOTHING**

20. What happens if I do nothing at all?........................................................................5

## BASIC INFORMATION

### 1.    Why did I get this Notice?

Records indicate that you are or may be a Participant, Former Participant, Beneficiary or Alternate Payee of a Participant or Former Participant, of the Plan at any time on or after November 23, 2014, through and including September 20, 2022 (the "Class Period").[1]

You are receiving this Notice because you have a right to know about the proposed settlement of a class action lawsuit in which you are potentially a Class Member before the Court decides whether to approve the Settlement.

This Notice summarizes the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible to receive them, and how to get them.

The lawsuit is pending in the United States District Court for the Southern District of Ohio (the "Court").  It is known as *Allison v. L Brands, Inc., et al.*, Case No. 2:20-cv-06018-EAS-CMV (S.D. Ohio).

### 2.    What is this lawsuit about?

On November 23, 2020, Plaintiff filed an action against Defendants, alleging that their administration of the Plan violated ERISA.  Since the filing of the action, the parties engaged in litigation, including ongoing investigation into the claims and other developments, exchange of meaningful document productions, and briefing a motion to dismiss, as well as certain related motions.  In May 2022, the Parties mediated the action with a neutral mediator and were ultimately able to reach the terms of the Settlement explained in this Notice. Defendants have denied and continue to deny any wrongdoing or liability, and they will continue to vigorously defend against the lawsuit if the proposed Settlement is not approved.  Nothing in the Settlement is an admission or concession on the Defendants' part of any fault or liability whatsoever.  They have entered into the Settlement to avoid the uncertainty, expense, and burden of additional litigation.

### 3.    What is a class action lawsuit?

In a class action lawsuit, one or more people called "class representatives" sue on their own behalf and on behalf of other people who they allege have similar claims.  One court resolves all the issues for all class members in a single lawsuit.  Plaintiff is the proposed class representative in this lawsuit and is sometimes referred to in this Notice as the "Class Representative" or as "Plaintiff."

### 4.    Why is there a settlement?

The Parties agreed to the Settlement after extensive negotiations.  By agreeing to a settlement, the Parties avoid the costs and risks of further litigation, and Plaintiff and the other members of the Class will receive compensation. Class Counsel have conducted an extensive review of the evidence in the case and the potential risks and benefits of continued litigation. Plaintiff and Class Counsel agree that the Settlement is in the best interest of the Settlement Class.  The Court has not found that Defendants have done anything wrong or violated any law or regulation.

### 5.    How do I get more information about the Settlement?

This notice summarizes the proposed settlement.  For the precise terms and conditions of the Settlement, please see the Agreement, which is available at strategicclaims.net/lbrands401k/, by contacting Class Counsel (see answer to question 12 for contact information) or the Settlement Administrator (see answer to question 6 for contact information), or by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.ohsd.uscourts.gov/.

---

[1] Capitalized terms not otherwise defined in this Notice shall have the same meaning as in the Agreement, which is available at strategicclaims.net/lbrands401k/.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

**6.   Who will administer the Settlement?**

The Settlement Administrator, Strategic Claims Services, will administer the Settlement, including the processing of the Former Participant Claim Form, if applicable, that you may need to fill out and send in to receive any settlement payment.  You may contact the Settlement Administrator by: (a) sending a letter to L Brands, Inc. 401k Settlement Administrator, c/o Strategic Claims Services, 600 N Jackson St, Suite 205, Media, PA 19063; (b) sending an e-mail to info@strategicclaims.net; (c) visiting the Settlement website at strategicclaims.net/lbrands401k/; or (d) calling toll-free at 866-274-4004.

**THE SETTLEMENT BENEFITS – WHAT DOES THE SETTLEMENT PROVIDE?**

**7.   What does the Settlement provide?**

Defendants have agreed to pay a total of $2,750,000 to the Class Members ("Settlement Fund"). Class Counsel intends to ask the Court to approve up to 33 1/3% of that amount for attorneys' fees, an amount no greater than $50,000 to reimburse litigation expenses actually incurred, as well as an $8,750 Case Contribution Award to be paid to the Class Representative.  The amount that will be available for distribution to Class Members ("Net Settlement Amount") will be the Settlement Fund *minus* the amounts used for other approved settlement purposes (Case Contribution Award, Court-approved Attorneys' Fees and Expenses to Class Counsel, Administration Expenses, and certain taxes and tax-related costs).

**8.   How may I benefit from the Settlement?**

You may be entitled to payment of a portion of the Net Settlement Amount.  The amount paid to each Participant, Former Participant, Beneficiary or Alternate Payee will be determined by a Plan of Allocation.  As explained below, if you are a Participant, or Beneficiary or Alternate Payee of a Participant, and you have an Active Account in the Plan (*i.e.*, a balance greater than $0), you do not need to take any action in order to receive payment under the Settlement.  If you are a Former Participant, or a Beneficiary or Alternate Payee of a Former Participant and you no longer have an Active Account in the Plan, you will need to submit a Former Participant Claim Form by the submission deadline in order to receive payment under the Settlement.  Payments made to Participants, or to Beneficiaries or Alternate Payees of a Participant, who have Active Accounts in the Plan under the Settlement shall be made into these persons' individual investment accounts in the Plan.

Payments made to Former Participants, or to Beneficiaries or Alternate Payees of Former Participants, who do not have Active Accounts in the Plan under the Settlement may be made either by check or tax-qualified rollover to an individual retirement account or other eligible employer plan.

**9.   How do I submit a claim for a Settlement Payment?**

If you are a Participant, or a Beneficiary or Alternate Payee of a Participant, and you currently have an Active Account in the Plan, you do not need to submit a claim to be eligible for a payment under the Settlement.  You will receive any payment for which you are eligible automatically in your Plan account.  If you are a Former Participant, or a Beneficiary or an Alternate Payee of a Former Participant, and you do not have an Active Account in the Plan, you must submit a Former Participant Claim Form by the submission deadline in order to be eligible for a payment under the Settlement.  "Former Participant" means a member of the Settlement Class who does not have an Active Account as of September 20, 2022.

**If you are a Former Participant, or a Beneficiary or Alternate Payee of a Former Participant, and you do not have an Active Account in the Plan and want to receive any monetary benefits from the Settlement, you must submit the Former Participant Claim Form by no later than January 9, 2023**.  You must mail the Former Participant Claim Form to the address shown on the Form.

A Former Participant Claim Form will be deemed submitted when it is actually received by the Settlement Administrator at the address listed in the Form.

**Even if you do not submit a Former Participant Claim Form and do not receive a Settlement payment, you will be bound by the Settlement.  (See answer to question 14 below.)**

**10.    What is the Plaintiff receiving from the Settlement?**

Class Counsel intends to ask the Court to award the Class Representative a Case Contribution Award of $8,750 in recognition of the work and effort she expended on behalf of the Class.

## THE SETTLEMENT BENEFITS – WHAT YOU GIVE UP

**11.    What do I give up by participating in the Settlement?**

Each Member of the Settlement Class gives Defendants a "release."  A release means you give up your rights to sue Defendants or receive any benefits from any other lawsuit against Defendants if the lawsuit asserts similar claims or relates in any way to the practices or decisions at issue in this lawsuit.

For additional details about the scope of the release, consult the Settlement Agreement or contact Class Counsel. (See answer to question 5 for details.)

## THE LAWYERS REPRESENTING YOU

**12.    Do I have a lawyer in this case?**

Yes.  The Court has appointed the law firm of Miller Shah LLP as Class Counsel.  You will not be charged for the work of these lawyers.  If you want to be represented by a different lawyer in this case, you may hire one at your own expense.

**13.    How will the lawyers (Class Counsel) be paid?**

Class Counsel will ask the Court for an award of attorneys' fees and expenses of up to 33 1/3% of the Settlement Amount based upon the value of the Settlement, the time they have devoted to this engagement, and the expenses they have advanced in prosecuting this matter.

## OPTING OUT OF THE SETTLEMENT

**14.    Can I exclude myself from the Settlement Class?**

No.  The Settlement Class has been certified under Federal Rule of Civil Procedure 23(b)(1). Therefore, as a Class Member, you are bound by any judgments or orders that are entered in the lawsuit for all claims that were asserted in the lawsuit or are otherwise included as Released Claims as defined in the Settlement Agreement. If you wish to object to any part of the Settlement, you may write to the Court and counsel about why you object to the Settlement.

## OBJECTING TO THE SETTLEMENT

**15.    What does it mean to object?**

Objecting is simply telling the Court that you do not like something about the Settlement. Objecting will not have any bearing on your right to receive the benefits of the Settlement if it is approved by the Court.

**16.    What is the procedure for objecting to the Settlement, including any objection to Class Counsel's Motion for Attorneys' Fees and Expenses or Case Contribution Award?**

You can ask the Court to deny approval of the Settlement and/or the Motion for Attorneys' Fees and Expenses of Class Counsel or the Case Contribution Award to be requested for the Class Representative by filing an

objection. You cannot ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object. The Court, however, can award less than the amount requested by Class Counsel for attorneys' fees and expenses or the amount requested for the Case Contribution Award. If the Court does so, because of an objection or in its own discretion, although that ruling could affect the timing and amount of settlement payments, any such reduction in Class Counsel's attorneys' fees and expenses or the Case Contribution Award to be paid to the Class Representative would not otherwise affect the finality of the Settlement.

Any objection to the proposed Settlement or Motion for Attorneys' Fees and Expenses or Case Contribution Award must be made in writing in accordance with the requirements in the Preliminary Approval Order. If you file a timely written objection, you may, but are not required to, appear at the Fairness Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must: (a) clearly identify the case name and case number *Allison v. L Brands, Inc., et al.*, Case No. 2:20-cv-06018-EAS-CMV (S.D. Ohio); (b) be submitted to the Court either by mailing them to the Clerk of the Court for the United States District Court for the Southern District of Ohio, United States Courthouse, 85 Marconi Boulevard, Room 121, Columbus, OH 43215, or by filing them in person at any location of the United States District Court for the Southern District of Ohio; and (c) be filed or postmarked on or before December 23, 2022.

Your objection must also include: (1) your full name, current address, and current telephone number, and, if represented by counsel, any of your counsel's names and contact information; (2) a written statement of your objection(s), specifying the reason(s) for each such objection, including any supporting evidence, and whether the objection applies only to you, to a specific subset of the Settlement Class, or to the entire Settlement Class; (3) copies of any papers, brief, or other documents upon which the objection is based; (4) a list of all persons who will be called to testify in support of the objection; (5) a list of any other objections to any class action settlements you or anyone acting on your behalf has submitted in any court, whether state, federal, or otherwise, in the United States in the previous five (5) years; and (6) your signature, even if you are represented by counsel. Copies of the objection(s) and supporting materials must also be provided to Class Counsel and Defense Counsel at the addresses below no later than December 23, 2022.

| **Clerk of the Court** | **Class Counsel** | **Defense Counsel** |
|---|---|---|
| U.S. District Court for the Southern District of Ohio Clerk of Court United States Courthouse 85 Marconi Boulevard, Room 121, Columbus, OH 43215 | Laurie Rubinow Alec J. Berin MILLER SHAH LLP 65 Main Street Chester, CT 06412 Tel.: (866) 540-5505 lrubinow@millershah.com ajberin@millershah.com | Abbey M. Glenn MORGAN, LEWIS & BOCKIUS LLP 1111 Pennsylvania Avenue, NW Washington, DC 20004-2541 Tel.: (202) 739-3000 abbey.glenn@morganlewis.com |

Any party may file a response to an objection by a Class Member at least seven (7) calendar days before the Fairness Hearing.

**ANY CLASS MEMBER WHO DOES NOT OBJECT IN THE MANNER DESCRIBED ABOVE SHALL BE DEEMED TO HAVE WAIVED ANY OBJECTION AND SHALL NOT HAVE ANY RIGHT TO OBJECT TO THE FAIRNESS OR ADEQUACY OF THE SETTLEMENT.**

## THE COURT'S FAIRNESS HEARING

**17.    When/where will the Court decide whether to approve the Settlement?**

On January 25, 2023, at 9:30 a.m., in the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Room 301, Columbus, OH 43215, the Court will hold a Fairness Hearing to determine whether the proposed Settlement is fair, reasonable, and adequate and whether it should be approved.  The hearing may be continued from time to time by the Court without further notice, and may be held via teleconference or videoconference. Please check the website or contact Class Counsel if you wish to confirm that the hearing time has not been changed and to determine if the hearing is occurring in person or by video or teleconference.

**18.    Do I have to attend the Fairness Hearing?**

No. However, you are welcome to attend at your own expense.  If you file an objection to the Settlement, you do not have to go to Court to talk about it.  As long as your objection is filed or postmarked by December 23, 2022, and you comply with the requirements in the answer to question 16 above, the Court will consider it.  You may also send your own lawyer at your expense to attend the Fairness Hearing.

**19.    May I speak at the Fairness Hearing?**

You may ask the Court for permission to speak at the hearing.  Anyone wishing to appear must state in their written objection their intention to appear at the Fairness Hearing, at their own expense.

Objectors or their attorneys intending to participate at the Fairness Hearing must file a notice of intention to participate (and, if applicable, the name, address, and telephone number of the objector's attorney) with the Court no later than January 10, 2023.  Any objectors, or their counsel, who do not timely file a notice of intention to participate in accordance with this paragraph shall not be permitted to speak at the Fairness Hearing, except for good cause shown.

## IF YOU DO NOTHING

**20.    What happens if I do nothing at all?**

IF YOU DO NOTHING, YOU AND ALL OTHER SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE JUDGMENT AND SETTLEMENT AGREEMENT, INCLUDING THE RELEASE OF CLAIMS. If you are a Participant, or a Beneficiary or Alternate Payee of a Participant, and you have an Active Account in the Plan, you do not need to take any action to be eligible to receive the Settlement payment.  If you are a Former Participant, or a Beneficiary or Alternate Payee of a Former Participant, and you do not have an Active Account in the Plan, you must submit a Former Participant Claim Form by the submission deadline or you will not receive any of the settlement payments described above in answer to questions 7 and 8.

DATED: November 4, 2022

**THIS NOTICE HAS BEEN SENT TO YOU BY ORDER OF THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

L Brands, Inc.401k Settlement Administrator
c/o Strategic Claims Services
600 North Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

Mail ID
Name
Address
City, State, Zip

# EXHIBIT C

Re: L Brands, Inc. 401(k) Class Action Settlement

**IF YOU WERE A PARTICIPANT IN THE L BRANDS, INC. 401(K) SAVINGS AND RETIREMENT PLAN BETWEEN NOVEMBER 23, 2014 AND SEPTEMBER 20, 2022, YOU COULD RECEIVE A PAYMENT AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS CLASS ACTION SETTLEMENT.**

**A Federal Court authorized this Notice. This is not a solicitation from a lawyer.**

This Notice advises you of the settlement ("Settlement") of a lawsuit against L Brands, Inc., L Brands Service Company, LLC, and the Retirement Plan Committee of the L Brands, Inc. 401(k) Savings and Retirement Plan (collectively, "Defendants"). In the lawsuit, Plaintiff, Donna Allison ("Plaintiff," and with Defendants, the "Parties"), alleges that Defendants violated the Employee Retirement Income Security Act of 1974 ("ERISA") in the administration of the L Brands, Inc. 401(k) Savings and Retirement Plan (the "Plan"). Defendants deny the allegations and deny that they engaged in any improper conduct. YOU SHOULD READ THE ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS WILL BE AFFECTED, WHETHER YOU ACT OR NOT.

For more details regarding the proposed settlement, please review the Notice at the following link:

strategicclaims.net/lbrands401k/notice/

You can review additional documents pertinent to the settlement, including a Former Participant Claim Form, at:

strategicclaims.net/lbrands401k/

Sincerely,

L Brands 401(k) Settlement Administrator
c/o Strategic Claims Services
600 N Jackson St - Suite 205
Media, PA 19063
info@strategicclaims.net
toll-free at 866-274-4004

*If you would like to unsubscribe from future email communications regarding this case, please click the link below. We are the settlement administrator for this case, and we were provided your information because you were identified as a potential class member. Your information will only be used to provide you communications regarding this case and not for any other purpose.*

*Unsubscribing from emails regarding this case does not remove you from the class list and you may still receive communications via regular mail as required by the court. Unsubscribing from emails is not the same as opting out or excluding yourself from the case. Please refer to the information you received about the case for more information regarding that process.*

***I have read the above and would like to unsubscribe from future email communications regarding this case.***

# EXHIBIT D

**From:** phhubs@prnewswire.com <phhubs@prnewswire.com>
**Sent:** Friday, November 4, 2022 9:00 AM
**To:** jbravata@strategicclaims.net
**Subject:** PR Newswire: Press Release Distribution Confirmation for Miller Shah LLP. ID#3675103-1-1

Hello

Your press release was successfully distributed at: 04-Nov-2022 09:00:00 AM ET


Release headline: Miller Shah LLP Announce Proposed Class Action Settlement on Behalf of Participants in the L Brands, Inc. 401(k) Savings and Retirement Plan
Word Count: 1464
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 3675103-1-1


View your release:* https://www.prnewswire.com/news-releases/miller-shah-llp-announce-proposed-class-action-settlement-on-behalf-of-participants-in-the-l-brands-inc-401k-savings-and-retirement-plan-301655052.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.cision.com/us/resources/tip-sheets/easy-pr-sharing-guide/?sf=false

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.

# EXHIBIT E



Phone 866.274.4004
610.565.9202
Fax 610.565.7985

strategicclaims.net

August 19, 2022

**VIA CERTIFIED MAIL**

The Honorable Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

RE:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear Sir or Madam:

Strategic Claims Services has been retained in the proposed class action lawsuit entitled *Donna Allison v. L Brands, Inc., et al.,* Case No. 2:20-CV-06018-EAS-CMV (the "Action") to provide notices required under the Class Action Fairness Act on behalf of Defendants in that Action. The Action is pending before the Honorable Edmund A. Sargus in the United States District Court for the Southern District of Ohio.

In compliance with Section 1715 of the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453, and 1711–1715, this letter is to advise you that a motion for preliminary approval of the settlement of the Action was filed. The Court has not yet ruled on that motion.

Defendants deny any and all wrongdoing, deny any liability to Plaintiff or the proposed settlement class, and deny that Plaintiff and the proposed class members have suffered any damages attributable to Defendant's actions. In compliance with Section 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1.  **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the original Complaint filed in the actions is provided on the enclosed CD.

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of the date of this letter, the Court has not set a date for the Final Approval hearing.  Once the Court sets a hearing date, such date(s) can be found on PACER as follows: (1) enter PACER through https://www.ohsd.uscourts.gov; (2) click on "Find Case"; (3) enter the civil case number 2:20-CV-06018, (4) click on "Search"; (5) click on the link to the "Case Number" for the case "Allison v. L Brands, Inc. et al"; and (6) click on the link for "Docket Report."  The order(s) scheduling hearing(s) will be found on the docket entry sheet.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the *Notice* is enclosed on the CD entitled *"Ex. B – Settlement Notice," "Ex. B-1 - Summary Notice of Proposed Settlement,"* as well as the *"Ex. D – Former Participant Claim Form."*

4.  **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement:** A copy of the parties' *Settlement Agreement and Release* with Exhibits is provided on the enclosed CD.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of the date of this letter, no other settlement or agreement has been entered into by the parties to this Action.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** As of the date of this letter, no final judgment has been issued by the Court.  Once the Court enters a Final Judgment, it can be found on PACER as follows: (1) enter PACER through https://www.ohsd.uscourts.gov; (2) click on "Find Case";  (3) enter the civil case number 2:20-CV-06018, (4) click on "Search"; (5) click on the link to the "Case Number" for the case "Allison v. L Brands, Inc. et al"; and (6) click on the link for "Docket Report."  The Final Judgment will be found on the docket entry sheet.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimated Proportionate Share:** Pursuant to 28 U.S.C. § 1715(b)(7), the enclosed CD contains a preliminary list of the names of class members who reside in your state and a table "Estimated Share by State" that contains the estimated proportionate share of each state's members to the entire settlement.  This information is based on preliminary data related to the potential settlement class.

8. **28 U.S.C. § 1715(b)(8) – Any Written Judicial Opinion Relating to the Materials Described in (3) Through (6) Above:** The Court has not yet entered a Preliminary Approval Order or any opinions relating to the materials described in paragraphs (3) through (6).  Upon entry, a copy of that Order or opinion can be found online through the process described in paragraph (6) above.  Final judgment has not yet been entered.  Upon entry, a copy of said judgment can be found online through the process described in paragraph (6) above.

If you have any questions or for any reason believe the enclosed information does not fully comply with Section 1715, please contact the Counsel for Defendants identified below, to address any concerns or questions that you may have.

**Counsel for Defendants**
Abbey Glenn
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
(202) 739-3000


Sincerely,

Strategic Claims Services

By:  Matthew Shillady
Title: Director of Operations

Enclosure – CD