# EXHIBIT A



December 12, 2022

***VIA ELECTRONIC MAIL***

Rob Stalter, Esq.
Assistant Vice President, Legal
Bath & Body Works
Email: rstalter@lb.com

    Re:    <u>**Allison v. L Brands, Inc., et al**</u>

Dear Mr. Stalter:

    Pursuant to the agreement between L Brands, Inc. and Gallagher Fiduciary Advisors, LLC ("Gallagher"), Gallagher has been engaged to act as the independent fiduciary of the L Brands, Inc. 401(k) Savings and Retirement Plan (the "Plan") in connection with the Settlement Agreement (the "Settlement Agreement") in <u>Allison v. L Brands, Inc., et al,</u> 2:20-cv-06018 (S.D. Ohio), executed on August 11, 2022.

    This will confirm that, on behalf of the Plan, and in its capacity as independent fiduciary, Gallagher approves and authorizes the settlement of Released Claims, as defined in the Settlement Agreement. In making our determination, Gallagher, as the independent fiduciary, has determined that the Settlement Agreement meets the requirements of ERISA Prohibited Transaction Class Exemption 2003-39, as amended.

                                    GALLAGHER FIDUCIARY ADVISORS, LLC

                                      By:  _____
                                              Darin R. Hoffner
                                              Area Senior Vice President and
                                              Area Counsel

cc:    James E. Miller, Esq.
        Abbey M. Glenn, Esq.

DRH/slb