# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DONNA ALLISON,**
    **Plaintiff,**

**v.**

**L BRANDS, INC., et al.,**
    **Defendants.**

**NOTICE**

**Case No. 2:20-cv-6018**
**Judge Edmund A. Sargus, Jr.**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | | |
|---|---|---|
| **Place:** | **United States District Court** | **GoToMeeting** |
| | **Joseph P. Kinneary U.S. Courthouse** | |
| | **85 Marconi Boulevard** | **January 25, 2023 at 9:30 a.m.** |
| | **Columbus, Ohio 43215** | |

TYPE OF PROCEEDING:   **Fairness Hearing**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

DATE:  January 24, 2023

   /s /   Christin Werner
(By) Christin Werner, Deputy Clerk

Counsel noticed via CM/ECF